CO 249
Rev. 7/07

**RECEIVED**
OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Janet Carter
---
Plaintiff(s)

Civil Action No. 07 - 1588 RMU

vs.

U.S. Attorney for DC
---
Defendant(s)

### AFFIDAVIT OF MAILING

I, Janet Carter, hereby state that:

On the 23 day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7007 0220 0003 2070 1247 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24 day of 2007, _____.

I declare under penalty of perjury that the foregoing is true and correct.

10/4/07
---
(Date)

_____
(Signature)





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 2070 1247**
Status: **Delivered**

Your item was delivered at 4:58 AM on September 24, 2007 in WASHINGTON, DC 20530.

( Additional Details > )　( Return to USPS.com Home > )



Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　( Go > )

POSTAL INSPECTORS　site map　contact us　government services　jobs　**National & Premier Accounts**
Preserving the Trust　　Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use　Privacy Policy

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Janet Carter
_____
Plaintiff(s)

Civil Action No. 07 - 1588 RMU

vs.

Michael Johans
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Janet Carter__, hereby state that:

On the __23__ day of __September__, __2007__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. __7607 0220 0003 2050 1261__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __24__ day of __Sptmbr__, __2007__.

I declare under penalty of perjury that the foregoing is true and correct.

__10/4/07__                                              __[signature]__
(Date)                                                   (Signature)


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0003 2070 1261**
Status: **Delivered**

Your item was delivered at 7:43 AM on September 24, 2007 in WASHINGTON, DC 20250.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__Janet Cartt__
Plaintiff(s)

Civil Action No. __07-1588 RMM__

vs.

__U.S. Attorney General__
Defendant(s)

### AFFIDAVIT OF MAILING

I, __Janet Carter__, hereby state that:
On the __23__ day of __2007 September, 2007__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. __7007 0220 0003 2070 1254__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __25__ day of __September 2007__.

I declare under penalty of perjury that the foregoing is true and correct.

__10/4/07__
(Date)

__[signature]__
(Signature)



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 2070 1254**
Status: **Delivered**

Your item was delivered at 4:58 AM on September 24, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy