RECEIVED
OCT 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO 249
Rev. 7/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Janet Carter
Plaintiff(s)

Civil Action No. 07 - 1588 RMU

vs.

U.S. Attorney For D.C.
Defendant(s)

## AFFIDAVIT OF MAILING

I, Janet Carter, hereby state that:

On the 23 day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7007 0220 0003 2070 1247 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24 day of 2007, ______.

I declare under penalty of perjury that the foregoing is true and correct.

10/4/07
(Date)

(Signature)





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 2070 1247**
Status: **Delivered**

Your item was delivered at 4:58 AM on September 24, 2007 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >



POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

CO 249
Rev. 7/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Janet Carter
Plaintiff(s)

Civil Action No. 07 - 1588 RMU

vs.

Michael Johanns
Defendant(s)

**AFFIDAVIT OF MAILING**

I, Janet Carter, hereby state that:

On the 23 day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7007 0220 0003 2010 1261 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24 day of Septmbr, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

10/4/07
(Date)

[signature]
(Signature)



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 2070 1261**
Status: **Delivered**

Your item was delivered at 7:43 AM on September 24, 2007 in WASHINGTON, DC 20250.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*



POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Janet Cartt
Plaintiff(s)

Civil Action No. 07-1588 RMU

vs.

U.S. Attorney Genern
Defendant(s)

## AFFIDAVIT OF MAILING

I, Janet Carter, hereby state that:

On the 23 day of 2007 September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7007 0220 0003 2070 1254 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25 day of September 2007.

I declare under penalty of perjury that the foregoing is true and correct.

10/4/07
(Date)

[signature]
(Signature)




Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0003 2070 1254**
Status: **Delivered**

Your item was delivered at 4:58 AM on September 24, 2007 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >




site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy