IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET CARTER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1588 (RMU) |
| ) | |
| **MICHAEL JOHANNS, SECRETARY** ) | |
| **U. S. DEPARTMENT OF AGRICULTURE** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b), the United States Department of Agriculture (USDA), by and through the undersigned counsel, respectfully requests an enlargement of time up to and including December 24, 2007, respond to Plaintiff's complaint. Defendant's response is currently due on November 23, 2007. The reason for the enlargement is the following:

1. An agency counsel was recently assigned to this civil action. Agency counsel informed undersigned counsel that he needs time to review the file, including the administrative record, before he can assist the undersigned counsel in preparing a response to the Complaint.

2. Defendant has conferred with Plaintiff and Plaintiff does not object to the extension.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: November 16, 2007

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

JANET CARTER
324 SOUTH TAYLOR STREET
ASHLAND, VIRGINIA 23005

/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANET CARTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1588 (RMU) |
| | ) | |
| MICHAEL JOHANNS, SECRETARY | ) | |
| U. S. DEPARTMENT OF AGRICULTURE | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of the United States Department of Agriculture Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this \_\_\_\_ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including December 24, 2007, to answer, move or otherwise respond to plaintiff's Complaint.


Date _____        _____
                                    UNITED STATES DISTRICT JUDGE