# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1588 (RMU) |
| ) | |
| MICHAEL JOHANNS, SECRETARY ) | |
| U. S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR MEDIATION

Plaintiff has indicated to Defendant that she is interested in mediation at this stage in the case. Defendant does not object to mediation. The parties, therefore, request that the Court refer the case to mediation. Defendant would also request that the Court appoint an attorney to represent Plaintiff for the purpose of mediation.

Respectfully submitted,



___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)


Dated: November 28, 2007


## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:


JANET CARTER
324 SOUTH TAYLOR STREET
ASHLAND, VIRGINIA 23005


_____/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**JANET CARTER,**                                )
                                                 )
                          **Plaintiff,**         )
                                                 )
          **v.**                                 )          **Civil Action No. 07-1588 (RMU)**
                                                 )
**MICHAEL JOHANNS, SECRETARY**                   )
**U. S. DEPARTMENT OF AGRICULTURE,**             )
                                                 )
                          **Defendant.**         )
_____)

## <u>ORDER</u>

UPON CONSIDERATION of the Request for Mediation, the merits thereof, and for

good cause shown, it is this _____ day of _____, 2007

HEREBY ORDERED that the request is granted, and it is

FURTHER ORDERED that the Court will appoint an attorney to represent Plaintiff for

the purpose of mediation.

Date _____          _____

                                      UNITED STATES DISTRICT JUDGE