## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Janet Carter, AKA Janet Mitchell | ) | |
| 324 S. Taylor Street | ) | |
| Ashland, Virginia 23005 | ) | |
| Work   202-720-4555 | ) | |
| Cell     240-462-7049 | ) | |
| (Plaintiff) | ) | Case:            1:07-cv-01588 |
| | ) | Assigned to:   Urbina, Ricardo M. |
| v. | ) | Assign. Date:  9/6/2007 |
| | ) | Description:    Employ. Discrim. |
| Michael Johanns | ) | |
| Secretary, U.S. Department of Agriculture | ) | |
| Suite 200-A | ) | |
| 1400 Independence Avenue, SW | ) | |
| Washington, D.C.  20250 | ) | |
| (Defendant) | ) | |

### NOTICE OF APPEARANCE

Plaintiff Janet Carter respectfully asks the Court to enter the appearances of Steven K.

Davidson and Edmund W. Burke as counsel for the limited purpose of mediation for Plaintiff

Janet Carter.

Dated:  April 1, 2008                           Respectfully submitted,

_____
Steven K. Davidson (DC Bar No. 407137)

_____
Edmund W. Burke (DC Bar No. 181941)

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202 429-3000
Facsimile:  (202) 429-3902

*Counsel (for Mediation Purposes Only) for*
*Plaintiff Janet Walker, née Carter*

## CERTIFICATE OF SERVICE

In addition to counsel to be served electronically pursuant to Local Rule 5.4(d), I hereby certify that, on this 1st day of April 2008, the foregoing Notice of Appearance, Motion for *Pro Hac Vice*, certification and proposed Order were sent by United States first-class mail, postage prepaid, as follows:

Gail R. Smith, Esq.
Mediator
PO Box 94
Stevenson, MD  21153

Blanche L. Bruce, Esq.
U.S.. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

Edmund W. Burke