UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Janet Carter, AKA Janet Mitchell )<br>324 S. Taylor Street )<br>Ashland, Virginia 23005 )<br>Work   202-720-4555 )<br>Cell    240-462-7049 )<br>         (Plaintiff) )<br>  )<br>         v. )<br>  )<br>Michael Johanns )<br>Secretary, U.S. Department of Agriculture )<br>Suite 200-A )<br>1400 Independence Avenue, SW )<br>Washington, D.C. 20250 )<br>         (Defendant) ) | Case:        1:07-cv-01588<br>Assigned to:  Urbina, Ricardo M.<br>Assign. Date: 9/6/2007<br>Description:  Employ. Discrim. |

## MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Edmund W. Burke, Esquire to appear for the limited purpose of mediation in this Court in the above-referenced action as Counsel for Plaintiff Janet Carter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and is co-counsel for Plaintiff for the limited purpose of mediation.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: April 1, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Steven K. Davidson
　　　　　　　　　　　　　　　　　　　　Steven K. Davidson (DC Bar No. 407137)
　　　　　　　　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-8077
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 429-3902
　　　　　　　　　　　　　　　　　　　　Email: sdavidson@steptoe.com

　　　　　　　　　　　　　　　　　　　　***Counsel (for Mediation Purposes Only) for Plaintiff Janet Walker, née Carter***

## CERTIFICATE OF SERVICE

In addition to counsel to be served electronically pursuant to Local Rule 5.4(d), I hereby certify that, on this 1st day of April 2008, the foregoing Notice of Appearance, Motion for *Pro Hac Vice*, certification and proposed Order were sent by United States first-class mail, postage prepaid, as follows:

Gail R. Smith, Esq.
Mediator
PO Box 94
Stevenson, MD  21153


Blanche L. Bruce, Esq.
U.S.. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

Edmund W. Burke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Janet Carter, AKA Janet Mitchell )
324 S. Taylor Street )
Ashland, Virginia 23005 )
Work  202-720-4555 )
Cell   240-462-7049 )
    (Plaintiff) )  Case:          1:07-cv-01588
     )  Assigned to:   Urbina, Ricardo M.
    v. )  Assign. Date:  9/6/2007
     )  Description:   Employ. Discrim.
Michael Johanns )
Secretary, U.S. Department of Agriculture )
Suite 200-A )
1400 Independence Avenue, SW )
Washington, D.C. 20250 )
    (Defendant) )

## CERTIFICATION OF EDMUND W. BURKE IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

1.    My name is Edmund W. Burke.

2.    My address and telephone number is:

    Steptoe & Johnson LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    (202) 429-3008

3.    I have been admitted to practice in the District of Columbia, the State of Texas and the United States Supreme Court.

4.    I am in good standing with the above-referenced Courts and have not been disciplined by any bar.

5.    I have not been admitted *Pro Hac Vice* in this court within the last two years.

Dated:  April 1, 2008

Respectfully submitted,

Edmund W. Burke (DC Bar No. 181941)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3008
Facsimile:  (202) 429-3902
Email:  eburke@steptoe.com

*Counsel (for Mediation Purposes Only) for
Plaintiff Janet Walker, née Carter*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Janet Carter, AKA Janet Mitchell )<br>324 S. Taylor Street )<br>Ashland, Virginia 23005 )<br>Work  202-720-4555 )<br>Cell    240-462-7049 )<br>    (Plaintiff) )<br>)<br>v.                                                  )<br>)<br>Michael Johanns )<br>Secretary, U.S. Department of Agriculture )<br>Suite 200-A )<br>1400 Independence Avenue, SW )<br>Washington, D.C. 20250 )<br>    (Defendant) ) | Case:           1:07-cv-01588<br>Assigned to:   Urbina, Ricardo M.<br>Assign. Date: 9/6/2007<br>Description:   Employ. Discrim. |

## PROPOSED ORDER

UPON CONSIDERATION of the Motion of Steven K. Davidson, Esquire, D.C. Bar Number 407137, active member of the Bar of this court, for the admission *pro hac vice* of Edmund W. Burke, Esquire, and for good cause shown, it is this _____ day of April, 2008,

ORDERED that the Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Edmund W. Burke be admitted *pro hac vice* to appear for the limited purpose of mediation in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge Ricardo M. Urbina, United States
District Court for the District of Columbia